GORHAM v. BROAD RIVER TP. (Circuit Court of Appeals, Fourth Circuit. November 6, 1902.) No. 436. In Error to the Circuit Court of the United States for the District of South Carolina, at Charleston. See 113 Fed. 83. J. E. Burke, for plaintiff in error. W. B. McCaw and D. E. Finley, for defendant in error. Before MORRIS, BRAWLEY, and WADDILL, District Judges.

PER CURIAM. In the foregoing findings (109 Fed. 772) the facts are clearly stated, and the conclusions of law are fully supported by the authorities cited. We adopt the opinion of the circuit judge, and do not deem it necessary to add to it. Judgment affirmed.

---

GREEN et al. v. WESTERN UNION TEL. CO. (Circuit Court of Appeals, Fifth Circuit. November 25, 1902.) No. 1,148. In Error to the District Court of the United States for the Western District of Texas. William Aubrey, for plaintiffs in error. Geo. H. Fearons and J. E. Webb, for defendant in error. Before PARDEE and SHELBY, Circuit Judges, and BOARMAN, District Judge.

PER CURIAM. It is very doubtful whether the record in this case presents any question for our review. See Morris v. Jackson, 9 Wall. 125, 19 L. Ed. 608; Martinton v. Fairbanks, 112 U. S. 670, 5 Sup. Ct. 321, 28 L. Ed. 862; Lehnen v. Dickson, 148 U. S. 71, 13 Sup. Ct. 481, 37 L. Ed. 373; St. Louis v. Western Union Tel. Co., 148 U. S. 92, 13 Sup. Ct. 485, 37 L. Ed. 380. The plaintiff in error urges that the evidence does not support the finding that there was a contract between the parties, which precludes the right to recover on a quantum meruit. The evidence in the case is all found in the bill of exceptions, and we have examined the same. We are satisfied that the finding of the trial judge is amply supported by the evidence. The judgment of the circuit court is affirmed.

---

HECKMAN et al. v. MARTIN et al. (Circuit Court of Appeals, Ninth Circuit. October 27, 1902.) No. 828. Appeal from the District Court of the United States for the First Division of the District of Alaska. Winn & Shackleford and Oscar Foote, for appellants. Elliott McAllister, for appellees. Cause dismissed for failure to print record required by rule 23 (31 C. C. A. cxxxvii, 90 Fed. cxxxvii).